FILED
JAMES BONINI
CLERK

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-3602

04 JUN -8 PM 12: 17

Filed: June 7, 2004

PETER M. HAGAN

      Plaintiff - Appellant

  v.

WARNER/ELEKTRA/ATLANTIC CORPORATION

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 3/10/04 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS:  $199.65

Total ..$199.65

Deputy Clerk

FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

LINDA A. KANTER
(513) 564-7023
www.ca6.uscourts.gov

Filed: June 7, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 02-3602
~~Hagan vs. Warner Elektra~~
District Court No. 00-00412

Dear Mr. Bonini;

Enclosed is a copy of the mandate filed in this case.   The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

Linda A. Kanter
Case Manager

cc: Honorable Herman J. Weber
    Mr. David A. Skidmore Jr.
    Mr. Donald B. Hordes