*[Handwritten annotations: 00-00412, Cincinnati, Weber, CC, 02-3602]*

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**RECEIVED** SEP - 7 2004

September 1, 2004

William K. Suter
Clerk of the Court
(202) 479-3011

**FILED** SEP 1 4 2004 LEONARD GREEN, Clerk

**LEONARD GREEN, Clerk**
Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Peter M. Hagan
v. Warner/Elektra/Atlantic Corp.
No. 04-296
(Your No. 02-3602)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 26, 2004 and placed on the docket September 1, 2004 as No. 04-296.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst