00-00412
Cincinnati
Weber

## Supreme Court of the United States
### Office of the Clerk
### Washington, DC 20543-0001

CC
02-3602

RECEIVED
DEC 0 9 2004
Leonard Green
Clerk

December 6, 2004

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
DEC 9 2004
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Peter M. Hagan
 v. Warner/Elektra/Atlantic Corporation
 No. 04-296
 (Your No. 02-3602)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk