UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Peter M. Hagan,

        Plaintiff,

-vs-                                                1:00cv412

Warner/Elektra/Atlantic Corporation,

        Defendant.

## **NOTICE**

The Clerk has been notified that the Writ of Certiorari has been denied by the United States Supreme Court.

The defendant filed a Motion for Bill of Costs in the District Court (doc. no. 33) which is pending before the Clerk. The plaintiff is hereby given twenty (20) days from the date of this notice to respond to the Bill of Costs.

                                            James Bonini, Clerk

                                            s/Karen F. Jones
                                            Karen F. Jones
                                            Division Manager