UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PETER M. HAGAN, JR.<br><br>   Plaintiff<br><br>v.<br><br>WARNER/ELEKTRA/ATLANTIC CORPORATION,<br><br>   Defendant | Case No. C-1-00-412<br>(Weber, J.)<br><br><br>**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR BILL OF COSTS** |

  Due to his counsel's unusually busy schedule in early 2005, Plaintiff Peter M. Hagan, Jr., respectfully moves the Court for a one (1) week extension on the deadline to file his response to Defendant's Bill of Costs to Monday, January 17, 2005.  Plaintiff's counsel has already consulted counsel for the Defendant, who does not object to Plaintiff's Motion.


          s/Donald B. Hordes
          Donald B. Hordes, Esq.
          Schwartz, Manes & Ruby
          2900 Carew Tower
          441 Vine Street
          Cincinnati, Ohio  45202-3090
          513/579-1414 | FAX: 513/579-1418
          dhordes@smrfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Enlargement of Time To Respond to Defendant's Motion for Bill of Costs was served by ordinary U.S. mail on David A. Skidmore, Jr., Esq., Frost, Brown and Todd, 2500 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202-4182 on this 7th day of January, 2005.

                                                    s/Donald B. Hordes
                                                    Donald B. Hordes

(104294_1)