UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PETER M. HAGAN, JR.<br><br>       Plaintiff<br><br>v.<br><br>WARNER/ELEKTRA/ATLANTIC CORPORATION,<br><br>       Defendant | Case No. C-1-00-412<br>(Weber, J.)<br><br><br>**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR BILL OF COSTS** |

Due to his counsel's unusually busy schedule in early 2005, Plaintiff Peter M. Hagan, Jr., respectfully moves the Court for a one (1) week extension on the deadline to file his response to Defendant's Bill of Costs to Monday, January 17, 2005. Plaintiff's counsel has already consulted counsel for the Defendant, who does not object to Plaintiff's Motion.

*Granted*
*H.J. Weber*
*S. USDJ*
*1/10/05*

                                                      s/Donald B. Hordes
                                                    Donald B. Hordes, Esq.
                                                    Schwartz, Manes & Ruby
                                                    2900 Carew Tower
                                                    441 Vine Street
                                                    Cincinnati, Ohio 45202-3090
                                                    513/579-1414 | FAX: 513/579-1418
                                                    dhordes@smrfirm.com